UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEVIN ROORDA,

    Plaintiff,

v.

PIERCE MANUFACTURING, INC.,

    Defendant.

CASE NO. C10-5872BHS

ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF THE NOTING DATE FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

    This matter comes before the Court on Plaintiff Kevin Roorda's ("Roorda") motion for extension of the noting date for Defendant Pierce Manufacturing, Inc.'s ("Pierce") motion for summary judgment (Dkt. 27). The Court has considered the pleadings filed in support of, and Pierce's untimely opposition to, the motion and the remainder of the file and hereby grants the motion for the reasons stated herein.

    On August 22, 2011, Pierce filed a motion for summary judgment. Dkt. 21. On September 8, 2011, the Court signed an order granting the parties' stipulated motion to allow Roorda to amend his complaint to add his employer, East Pierce Fire and Rescue, as a defendant. Dkt. 24. On September 15, 2011, Roorda filed a motion to remand (Dkt.

ORDER - 1

1  25) and the instant motion for extension of the noting date to allow the Court to consider

2  his motion to remand before deciding Pierce's motion for summary judgment (Dkt. 27).

3  On September 23, 2011, Roorda filed a reply stating that Pierce had failed to respond to

4  his motion for extension of the noting date.  Dkt. 38.  On September 27, 2011, Pierce

5  filed an untimely response to Roorda's motion.  Dkt. 39.

6       The Court concludes that in the interest of judicial economy, as well as Pierce's

7  failure to timely respond to Roorda's motion, the Court will extend the noting date for

8  Pierce's motion for summary judgment (Dkt. 21) to **October 7, 2011**, in order to first

9  consider Roorda's motion to remand.

10       Therefore, it is hereby **ORDERED** that Pierce's motion for summary judgment

11  (Dkt. 21) is **RENOTED** to **October 7, 2011**.

12       Dated this 29th day of September, 2011.

BENJAMIN H. SETTLE  
United States District Judge